# United States Court of Appeals for the Fifth Circuit

—————————

No. 25-10214
Summary Calendar

—————————

United States Court of Appeals
Fifth Circuit

**FILED**
September 26, 2025

Lyle W. Cayce
Clerk

Kofi Obeng,

*Plaintiff—Appellant*,

*versus*

Copart, Incorporated

*Defendant—Appellee*.

—————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:24-CV-2905

—————————————————————

Before King, Haynes, and Ho, *Circuit Judges*.

Per Curiam:[*]

Kofi Obeng, proceeding pro se, appeals the district court's dismissal of his civil action for lack of subject matter jurisdiction. Although pro se filings are afforded liberal construction, even pro se litigants must brief arguments in order to preserve them. *Yohey v. Collins*, 985 F.2d 222, 225 (5th Cir. 1993). By failing to address or identify any error in the district court's

—————————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

determination that it lacked subject matter jurisdiction, Obeng has abandoned any possible challenge to the dismissal of his civil action. *See Brinkmann v. Dallas Cnty. Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987). In any event, the district court did not err in dismissing his case for lack of subject matter jurisdiction. *See* 28 U.S.C. §§ 1331, 1332; *Arbaugh v. Y&H Corp.*, 546 U.S. 500, 513 (2006).

In light of the foregoing, the judgment of the district court is AFFIRMED.